

07CV 8110

CLOSED, EGT

# U.S. District Court
## Southern District of Florida (Miami)
### CIVIL DOCKET FOR CASE #: 1:07-cv-22107-AJ
### Internal Use Only

Wood v. Merck & Co, Inc.
Assigned to: Judge Adalberto Jordan
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 08/15/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

#3

**Plaintiff**

**Olga V. Wood**                    represented by **Meghan M. Tans**
Levin Papantonio Thomas Mitchell
Echsner & Procter
316 S Baylen Street
Suite 600
Pensacola, FL 32501
850-435-7000
Fax: 850-436-6198
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy M. O'Brien**
Levin Papantonio Thomas Mitchell
Echsner & Procter
316 S Baylen Street
Suite 600
Pensacola, FL 32501
850-435-7000
Fax: 435-7020
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co, Inc.**                    represented by **Michael Joseph Corso**
Henderson Franklin Starnes & Holt
1715 Monroe Street
PO Box 280
Fort Myers, FL 33902-0280
239-344-1100
Fax: 239-344-1525
Email: Michael.Corso@henlaw.com
*LEAD ATTORNEY*



Certified to be a true and correct copy of the document on file Clarence Maddox, Clerk, U.S. District Court Southern District of Florida
By Dena R Eaton
Deputy Clerk
Date 9-28-2007

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U. S. District Court
Southern District of Florida
By _Alena R Eaton_
                    Deputy Clerk
Date __9-28-2007__

*ATTORNEY TO BE NOTICED*

**Randolph Stuart Sergeant**
Two Hopkins Plaza
Suite 1800
Baltimore, Md 21201-2978
US
410-528-2881
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2007 | 1 | NOTICE OF REMOVAL Filing fee $350 Receipt#: 964761, filed by Merck & Co, Inc..(rb) (Entered: 08/15/2007) |
| 08/15/2007 | 2 | NOTICE of Filing Notice of Removal by Merck & Co, Inc. re 1 Notice of Removal (rb) (Entered: 08/15/2007) |
| 08/17/2007 | 3 | Letter sent to Attorney Randolph Stuart Sergeant, mailing date August 17, 2007, Re: Admissions. (cw) (Entered: 08/17/2007) |
| 08/17/2007 | 4 | Letter sent to Attorney Meghan M. Tans, mailing date August 17, 2007, Re: Admissions. (cw) (Entered: 08/17/2007) |
| 09/06/2007 | 5 | ANSWER to Complaint with Jury Demand by Merck & Co, Inc..(Corso, Michael) (Entered: 09/06/2007) |
| 09/11/2007 | 6 | ORDER of Transfer to Judge John F. Keenan of the Southern District of New York for all further proceedings.Signed by Judge Adalberto Jordan on 09/11/2007.(de) (Entered: 09/17/2007) |
| 09/17/2007 | | ***Civil Case Terminated. (de) (Entered: 09/17/2007) |
| 09/26/2007 | 7 | CONDITIONAL TRANSFER ORDER (CTO-33) transferring case to the Southern District of New York re: MDL # 1789 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge John F. Keenan. (Signed by Jeffery N. Luthi, Clerk of the Panel)(de) (Entered: 09/26/2007) |
| 09/28/2007 | 8 | CONDITIONAL TRANSFER ORDER (CTO-33) transferring case to the Southern District of New York re: MDL # 1789 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to Judge John F. Keenan. (Signed by Jeffery N. Luthi, Clerk of the Panel)(de) (Entered: 09/28/2007) |
| 09/28/2007 | 9 | TRANSMITTAL letter sent with certified copy of docket sheet transferring the case to the Southern District of New York. Per Phyllis Adamik/NYSD/USCOURTS, the Southern District of New York will receive electronic copies of the Notice of Removal, Answer, and MDL Transfer order at: Antonia Espinell/NYSD/02/USCOURTS. (de) (Entered: 09/28/2007) |